AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alarcon, Arthur L. | Court of Appeals - 9th Circuit | 03/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
312 No. Spring Street
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. | 6/76 | Employee's Retirement Benefit (State of California) |
| 3. | 6/92 | State Judge's Pension |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Retirement Benefits, State of California | $2,621.00 |
| 2. 2012 | Retirement Benefits, Los Angeles County | $12,627.00 |
| 3. 2012 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2012 | West Services Inc., book royalties | $6,863.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Retirement Plan of Citibank |
| 2. 2012 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. U.S. Treasury Bills | A | Interest | | | Redeemed | 07/31/12 | K | | |
| 3. United Airline Stock | | None | J | T | | | | | |
| 4. Citibank Accounts | A | Interest | L | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. - TD Ameritrade MMDA Sweep Account | A | Interest | M | T | | | | | |
| 7. - Citigroup Stock | A | Dividend | K | T | | | | | |
| 8. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 9. - Hewlett Packard Stock | A | Dividend | J | T | | | | | |
| 10. - Microsoft Stock | A | Dividend | J | T | | | | | |
| 11. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 12. - Nokia Stock | A | Dividend | | | Sold | 07/16/12 | J | | |
| 13. - IBM Stock | A | Dividend | K | T | | | | | |
| 14. - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 15. Brokerage Account #2 (H) | H1 | | | | | | | | |
| 16. - TD Ameritrade MMDA Sweep Account | A | Interest | L | T | | | | | |
| 17. - Honeywell Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cisco Stock | A | Dividend | J | T | | | | | |
| 19. - Merck Stock | A | Dividend | J | T | | | | | |
| 20. - EXXON Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 21. - Intel Stock | A | Dividend | J | T | | | | | |
| 22. - Clorox Company Stock | A | Dividend | J | T | | | | | |
| 23. - Citigroup Inc Stock | A | Dividend | J | T | | | | | |
| 24. - GE Stock | A | Dividend | J | T | | | | | |
| 25. - Vanguard International Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 26. - Neuberger Berman Guardian Mutual Fund | B | Dividend | K | T | | | | | |
| 27. - Treasury Note | A | Interest | K | T | | | | | |
| 28. Brokerage Account #3 (H) | | | | | | | | | |
| 29. - Wells Fargo Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 30. - Ca St G/O Bond (NL2 acq 05/06/10) | A | Interest | | | Redeemed | 02/01/12 | K | | |
| 31. - Ca St Var Purp G/O Unltd Bond (3C0 acq 06/03/10) | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 32. - Ca St Var Purp G/O Unltd Bond (H92 acq 05/04/10) | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 33. - Ca St Var Purp G/O Unltd Bond (KT4 acq 05/03/10) | B | Interest | | | Redeemed | 06/01/12 | K | | |
| 34. - Ca St Econ Recov Ser A Bond (AX9 acq 06/04/10) | B | Interest | | | Redeemed | 07/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ca St Ref G/O Unltd Bond (F41 acq 06/07/10) | A | Interest | | | Redeemed | 08/01/12 | J | | |
| 36. - Ca St Var Purp Fsa Cr G/O Cus Bond (A32 acq 06/22/10) | B | Interest | K | T | | | | | |
| 37. - Ca Stwide County Dev Prop 1A Bond (R58 acq 08/16/10) | B | Interest | K | T | | | | | |
| 38. - Ca St Var Purp G/O Txbl Bond (5F7 acq 06/03/10) | C | Interest | K | T | | | | | |
| 39. - Plainscapital Bank CD (VE6 acq 06/24/10) | A | Interest | | | Redeemed | 07/02/12 | L | | |
| 40. - Ford Motor Credit Co Global Notes (TZ6 acq 09/12/11) | D | Interest | L | T | | | | | |
| 41. - Genl Motors Accept Corp Global Notes (SE1 acq 09/30/11) | B | Interest | | | Sold | 08/01/12 | M | | |
| 42. - Hewlett Packard Co Sr Unsecured (BL6 acq 12/19/11) | B | Interest | K | T | | | | | |
| 43. - Ally Financial Corp Bond (AF7 acq 2/17/12) | C | Interest | M | T | Buy | 02/17/12 | K | | |
| 44. | | | | | Buy (add'l) | 03/02/12 | L | | |
| 45. - Int Steel Corp Bond (AB0 acq 8/28/12) | C | Interest | L | T | Buy | 08/28/12 | L | | |
| 46. - Citigroup Inc Sub Notes (CQ2 acq 7/12/12) | B | Interest | L | T | Buy | 07/12/12 | L | | |
| 47. - Citigroup Inc Sub Bonds (BW0 acq 7/11/12) | C | Interest | L | T | Buy | 07/11/12 | L | | |
| 48. - Telecom Italia Capital Corp Bond (AE8 acq 8/29/12) | B | Interest | K | T | Buy | 08/29/12 | K | | |
| 49. Brokerage Account #4 (H) | | | | | | | | | |
| 50. - Wells Fargo Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 51. - Ca St Econ Recov Ser A Bond (LU3,LQ2, acq 4/23/09) | B | Interest | | | Redeemed | 07/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ca Infra & Econ Dev Bk Rev Ser E Bond (34Z acq 08/13/10) | B | Interest | | | Redeemed | 04/12/12 | L | | |
| 53. - Ca St Cmnty Dev Auth Rev Prop 1A Bond (R58 acq 08/16/10) | A | Interest | K | T | | | | | |
| 54. - Ca St G/O Unltd Bond (Z49 acq 11/09/10) | C | Interest | L | T | | | | | |
| 55. - Ca St Econ Recov Ser A Bond (BC4 acq 12/10/10) | B | Interest | K | T | | | | | |
| 56. - Ca St G/O Unltd Bond (PU0 acq 03/09/11) | B | Interest | K | T | | | | | |
| 57. - Ca St G/O Unltd Bond (N91 acq 03/17/11) | B | Interest | K | T | | | | | |
| 58. - Ford Motor Credit Co Global Notes (TZ6 acq 11/23/11) | D | Interest | M | T | | | | | |
| 59. - GMAC Inc Corp Bond (BZ5 acq 1/30/12) | C | Interest | K | T | Buy | 01/30/12 | K | | |
| 60. - Morgan Stanley Corp Bond (AD1 acq 4/20/12) | B | Interest | L | T | Buy | 04/20/12 | L | | |
| 61. - Intl Lease Finance Corp Bond (B49 acq 7/13/12) | B | Interest | L | T | Buy | 07/13/12 | L | | |
| 62. - Deutsche Bank Finl LLC Notes (AA7 acq 7/16/12) | A | Interest | K | T | Buy | 07/16/12 | K | | |
| 63. Brokerage Account #5 (managed asset account) (H) | | | | | | | | | |
| 64. - Ameritrade Money Market Sweep Act (X) | A | Interest | J | T | | | | | |
| 65. - Ishares Barclays Inter Gov Cre Bd (GVI) (612) | A | Dividend | J | T | | | | | |
| 66. - Ishares Barclays MBS Bond Fund (MBB) (588) | A | Dividend | J | T | | | | | |
| 67. - Ishares Barclays Tips Bond Fund (TIP) (176) | A | Dividend | J | T | | | | | |
| 68. - Ishares Barclays 1-3 Yr Trs Bd (SHY) (457) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Ishares Msci Eafe Index Fund (EFA) (465) | A | Dividend | | | Sold | 06/12/12 | J | | |
| 70. - Ishares S&P/Citigroup Intl Treas Fund (IGOV) (117) | | None | | | Sold | 01/09/12 | J | | |
| 71. - Vanguard Growth ETF Msci US Prime Mkt (VUG) (736) | A | Dividend | J | T | | | | | |
| 72. - Vanguard Value ETF Msci US Prime Mkt (VTV) (744) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII: Differences between 2011 and 2012 for enties in Column B (Income) and C (Gross Value) are due to market fluctuation in stock prices and interest/dividends.

2) Part VII: Column D(4) intentionally left blank for entries 12, 41, 69, and 70, because there was no "gain."

3) Part VII: Column B(1) intentionally left blank for entries 3 and 70, because there was no income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Arthur L. Alarcon

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544